# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | * |
| | * Case No. GJH 16-CR-00224 |
| VINCENT GRANT | * |
| Defendant | * |

* * * * * * * * * * * *

## MOTION FOR 404(b) DISCLOSURE

Defendant Vincent Grant now moves, through counsel, for disclosure of any evidence of other crimes, wrongs or acts committed by the Defendant that the government intends to introduce at the trial of this matter, pursuant to Federal Rule of Evidence 404(b).

WHEREFORE, the Defendant respectfully requests that the Court grant the Defendant's request and Order the government to make its 404(b) disclosures no later than October 24, 2016, which is a reasonable notice in advance of trial.

Respectfully submitted,

_____/s/_____
STEVEN F. WROBEL
Fed Bar No. 24985
Law Office of Steven Wrobel, LLC
107 Ridgely Ave., Suite 9
Annapolis, MD 21401
(410) 547-2417
steven@stevenwrobel.com

CERTIFICATE OF ECF SERVICE

    I hereby certify that on 3 October 2016 the foregoing Request for 404(b) disclosures was electronically filed with the United States District Court for the District of Maryland using CM/ECF, with a Notice of said filing to: AUSA Gustav W. Eyler, 1400 New York Ave., N.W. Washington DC 20530.

                                                                _____/s/_____

                                                                Steven F. Wrobel