IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. GJH-16-224 |
| | *                       GJH-16-225 |
| JAMES C. STEWART, III, | * |
| VINCENT A. GRANT, | * |
| | * |
| Defendants. | * |
| | * |

*******

## VERDICT FORM

### COUNT ONE

1. How do you find the defendant, James C. Stewart, III, as to COUNT ONE of the Indictment (Conspiracy to Commit Wire Fraud)?

    Guilty ✓ _____          Not Guilty _____

### COUNT TWO

2. How do you find the defendant, James C. Stewart, III, as to COUNT TWO of the Indictment (Wire Fraud)?

    Guilty ✓ _____          Not Guilty _____

### COUNT THREE

3. How do you find the defendant, James C. Stewart, III, as to COUNT THREE of the Indictment (Wire Fraud)?

    Guilty ✓ _____          Not Guilty _____

## COUNT FOUR

4. How do you find the defendant, James C. Stewart, III, as to COUNT FOUR of the Indictment (Aggravated Identity Theft)?

Guilty ✓            Not Guilty _____

## COUNT FIVE

5. How do you find the defendant, Vincent Anthony Grant, as to COUNT FIVE of the Indictment (Conspiracy to Commit Access Device Fraud)?

Guilty ✓            Not Guilty _____

## COUNT SIX

6. How do you find the defendant, Vincent Anthony Grant, as to COUNT SIX of the Indictment (Aggravated Identity Theft)?

Guilty ✓            Not Guilty _____

**THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.**

6/1/2017
Date

SIGNATURE REDACTED
Foreperson